## 37754. LOWE et al. v. KRAFT LAND SERVICES, INC.

Judgment affirmed without opinion pursuant to Rule 59.
*Jordan, C. J., Hill, P. J., Marshall, Clarke and Gregory, JJ.,* *concur. Smith, J., not participating.*

DECIDED SEPTEMBER 23, 1981.

*John K. Dunlap,* for appellants.
*Troutman, Sanders, Lockerman & Ashmore, Alan E. Lubel,* *J. Kirk Quillian, Mary Grace Diehl,* for appellee.